IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRANDON MANALANSAN, etc.,  :
    Plaintiff  :
       :
v.  :    Civil No. AMD 01-312
       :
BOARD OF EDUCATION OF  :
BALTIMORE CITY, et al.,  :
    Defendants  :

...oOo...

ORDER

The plaintiffs' "Motion to Strike Defendants' Reply Memorandum, etc." has been read and considered. For good cause, it is this 4th day of June, 2001, ORDERED

(1)    That the "Motion to Strike Defendants' Reply Memorandum, etc." IS DENIED; and it is further ORDERED

(2)    That counsel for the parties shall appear on Monday, June 25, 2001, at 2:30 p.m., in Courtroom 5B, for a scheduling conference and hearing on all open motions.

The Clerk shall TRANSMIT a copy of this Order to all counsel.

_____
ANDRE M. DAVIS
United States District Judge

