**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

June 12, 2001

MEMORANDUM TO COUNSEL RE:

Manalansan v. Board of Education of Baltimore City
Civil No. AMD 01-312

As you know, a hearing on all open motions has been scheduled for June 25, 2001, at 2:30 p.m. in Courtroom 5B. Plaintiff has asserted claims under the IDEA, the Rehabilitation Act, 42 U.S.C. § 1983 and state special education laws. The City defendants have filed a motion to dismiss and the State defendants have filed a motion to dismiss or, in the alternative, for summary judgment. The claims center on allegations concerning whether the minor plaintiff received a Fair and Appropriate Public Education ("FAPE") following his transfer to a new elementary school and whether the transfer constituted a change in educational placement triggering notice and due process requirements under the IDEA.

The IDEA requires that "[i]n any action brought under this paragraph the court shall receive the records of the administrative proceedings, shall hear additional evidence at the request of a party, [and] shall grant such relief as the court determines appropriate." 20 U.S.C. § 1415 (e)(2). You have not submitted the administrative record underlying this action; I ask that you do so immediately, so that the motions hearing may be best used to clarify the issues for all parties. Finally, all parties should be prepared to address the claim brought under the Rehabilitation Act.

Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file