IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRANDON MANALANSAN, et al., :
    Plaintiffs :
     :
    v. : Civil No. AMD 01-312
     :
BOARD OF EDUCATION :
OF BALTIMORE CITY, et al., :
    Defendants :
    ...oOo...



ORDER and JUDGMENT

For the reasons stated in the foregoing Memorandum, it is this 14th day of August, 2001, ORDERED, ADJUDGED and DECREED

(1)    That the Motion to Dismiss, or in the Alternative, for Summary Judgment (Paper No. 5) is DENIED;

(2)    That the Motion to Dismiss (Paper No. 3) is DENIED;

(3)    That the defendants have failed to implement the IEP of Brandon Manalansan;

(4)    That the defendants shall, forthwith, re-enroll Brandon Manalansan in Francis Scott Key Elementary School and fully implement his IEP;

(5)    That Counts II through IV are DISMISSED; and

(6)    That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order and the foregoing Memorandum to all counsel.

ANDRE M. DAVIS
United States District Judge