IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRANDON MANALANSAN, a minor,     *
by his mother and Next Friend
KAREN SWAGGERTY

and     *

KAREN SWAGGERTY
                                                                Civil Action No. AMD01-312
    VS     *

BOARD OF EDUCATION OF
BALTIMORE CITY

and

CARMEN V. RUSSO

and

NANCY S. GRASMICK
    Defendants     *

      *   *   *   *   *   *   *   *   *

### MOTION TO STRIKE APPEARANCE OF NANCY M. COHEN AND ENTER APPEARANCE OF WAYNE D. STEEDMAN

Plaintiffs, Brandon Manalansan and Karen Swaggerty, by and through their attorney, Nancy M. Cohen, hereby move this Honorable Court to strike the appearance of Nancy M. Cohen as attorney for the plaintiffs and enter the appearance of Wayne D. Steedman as attorney for the plaintiffs, and for their reasons state:

1. On August 1, 2001, Governor Parris N. Glendening appointed undersigned counsel to the District Court of Maryland for Baltimore County.

APPROVED 8/27/2001



2. Counsel's investiture is scheduled to take place on August 28, 2001, and her law practice will officially close on August 27, 2001. Thus, counsel will be unavailable to engage in any further representation which may be necessary in this matter.

3. Wayne D. Steedman, Esq. is an experienced special education attorney who is more than capable meeting Plaintiffs' future needs for legal representation.

4. Undersigned counsel has considered it both a privilege and a pleasure to represent Brandon Manalansan and Karen Swaggerty, and to appear before this Honorable Court.

WHEREFORE, Plaintiffs pray this Honorable Court strike the appearance of Nancy M. Cohen and enter the appearance of Wayne D. Steedman, Callegary & Steedman. P.A., 301 N. Charles Street, Suite 600, Baltimore, MD 21201, (410) 756-7606, as counsel for the plaintiffs.

Respectfully submitted,

_____
Nancy M. Cohen, Esq.
Federal Bar No. 025068
409 Washington Ave., Ste 920
Towson, MD 21204
(410) 494-8080
Attorney for the Plaintiffs

## CERTIFICATION

      HEREBY CERTIFY that on this 21st day of August, 2001, a copy of the foregoing Motion to Strike Appearance was transmitted via facsimile to Barbara Strong Goss, Assistant Attorney General, at 410-576-6309, and was mailed, first class postage prepaid, to 200 Saint Paul Place, Baltimore, Maryland 21202-2021; and was transmitted via facsimile to Joanne L. Davis at 410-396-2955, and was mailed, first class postage prepaid, to Baltimore City Public school system, Office of Legal Counsel, 200 E. North Ave., Suite 208, Baltimore, Maryland 21202.

Nancy M. Cohen