IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRANDON MANALANSAN, et al.     *

       Plaintiffs                     *CIVIL ACTION NO. AMD-01-312

v.                                   *

NANCY S. GRASMICK, et al.      *

       Defendants                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Motion by Consent to Extend Time to Respond to Plaintiffs' Motion for Attorneys' Fees, it is this _30_ day of _Aug_, 2001, by the United States District Court for the District of Maryland,

ORDERED, that the deadline to respond to Plaintiffs' Motion for Attorneys' Fees be extended to September 11, 2001.

                                                 _____
                                                United States District Court Judge



G:\GOSSB\WPDATA\MSDE\Litigation\Manalansan\Extend.Order.wpd

